UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED - H

05 JUL 15 AM 9: 27

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH
BY ____

---

ROBERT DALE BOLT (a.k.a. Lightingbolt), et al,

    Plaintiffs,

Case No. 2:98-cv-118

v.

Hon. Gordon J. Quist

MCGINNIS, et al,

    Defendants.

_____/

## ORDER REJECTING PLEADING

The Court has examined the following proposed pleading received July 11, 2005, and orders the Clerk to reject the Motion Citation of Supplement Authorities with attachments and to return it to Robert Dale Bolt, a.k.a. Lightningbolt for the reasons noted below:

This is a closed case.

IT IS SO ORDERED.

Dated: 7/14/2005
slk

Timothy P. Greeley
U. S. Magistrate Judge

☐ THE CLERK SHALL ACCEPT THE PLEADING(S) FOR FILING _____
INITIALS